ANTHONY T. CASO, No. 88561
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
Telephone: (916) 601-1916
Facsimile: (916) 307-5164
E-Mail: tom@caso-law.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY CLINE and ELITE CANVASSING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NAPA, RICHARD MELTON, CHIEF OF POLICE, AARON MEDINA, NAPA POLICE DEPARTMENT, and DOES 1-5, <br><br> Defendants. | Case No.: 3:10-cv-3237-JSW <br><br> **STIPULATED DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiffs JODY CLINE and ELITE CANVASSING, INC. and defendants CITY OF NAPA, RICHARD MELTON, CHIEF OF POLICE, AARON MEDINA, NAPA POLICE DEPARTMENT have concluded a settlement of the claims raised in this action and now stipulate, by and through their attorneys, that the matter may be dismissed with prejudice with all parties bearing their own costs and attorney fees.

//

//

//

---

Stipulated Dismissal and Order - Case No.: 3:10-cv-3237-JSW

1

IT IS SO STIPULATED:

DATED: October 14, 2010.

          ANTHONY T. CASO

/s/ ANTHONY T. CASO
Attorneys for Plaintiffs

City Attorney, City of Napa
By David C. Jones, Deputy City Attorney

/s/ DAVID C. JONES
Attorney for Defendants

## **ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and with all parties to bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: October 15, 2010.

HONORABLE JEFFERY S. WHITE
UNITED STATES DISTRICT JUDGE

Stipulated Dismissal and Order - Case No.: 3:10-cv-3237-JSW

2